In re Frank J. Shea, Judge, Section “G”, Jerome M. Winsberg, Judge, Section “C”, Rudolph F. Becker, III, Judge, Section “E”, Frank A. Marullo, Jr., Judge, Section “D”, Gerard J. Hansen, Judge, Magistrate Court, Dennis J. Waldron, Judge, Section “F”, Miriam G. Waltzer, Judge, Section “A”, Shirley G. Wimberly, Jr., Judge, Section “I”, James F. McKay, III, Judge, Section “H”, Patrick G. Quinlan, Judge, Section “B”, and Leon A. Cannizzaro, Jr., Judge, Section “J”, applying for recusal of entire Criminal District Court; Parish of Orleans, Criminal District Court, No. 276-394, Section G.
Motion to recuse entire Criminal District Court granted.